| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29166563 | 01/ | 9480341 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

Period Starting: 06/04/2026
Period Ending: 06/18/2026
Pay Date: 06/23/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 20.00 | 440.00 | 5720.00 |
| Gross Pay | | | $440.00 | $5,720.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -27.28 | 354.64 |
| Medicare | -6.38 | 82.94 |
| Pennsylvania State Income | -13.51 | 175.63 |
| Pennsylvania State UI | -0.31 | 4.01 |
| Phila R Local Income | -16.46 | 213.98 |
| Net Pay | $376.06 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 260.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 376.06 |

Important Notes
Basis of pay: Daily

Your federal taxable wages this period are $440.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 06/23/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 376.06 |

THIS IS NOT A CHECK

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29166563 | 01/ | 9515225 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

Period Starting: 06/19/2026
Period Ending: 07/02/2026
Pay Date: 07/03/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 20.00 | 440.00 | 6160.00 |
| Gross Pay | | | $440.00 | $6,160.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -27.28 | 381.92 |
| Medicare | -6.38 | 89.32 |
| Pennsylvania State Income | -13.51 | 189.14 |
| Pennsylvania State UI | -0.31 | 4.32 |
| Phila R Local Income | -16.43 | 230.41 |
| Net Pay | $376.09 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 280.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 376.09 |

Important Notes

Basis of pay: Daily

Your federal taxable wages this period are $440.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 07/03/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 376.09 |

THIS IS NOT A CHECK

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29166563 | 01/ | 9557833 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

Period Starting: 07/03/2026
Period Ending: 07/16/2026
Pay Date: 07/17/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number:XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 12.00 | 360.00 | 6520.00 |
| Gross Pay | | | $360.00 | $6,520.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -22.32 | 404.24 |
| Medicare | -5.22 | 94.54 |
| Pennsylvania State Income | -11.05 | 200.19 |
| Pennsylvania State UI | -0.25 | 4.57 |
| Phila R Local Income | -13.45 | 243.86 |
| Net Pay | $307.71 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 12.00 | 292.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 307.71 |

Important Notes

Basis of pay: Daily

Your federal taxable wages this period are $360.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 07/17/2026

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 307.71 |

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29166563 | 01/ | 9612362 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

ADP

Period Starting: 07/17/2026
Period Ending: 07/30/2026
Pay Date: 07/31/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 12.00 | 360.00 | 6880.00 |
| Gross Pay | | | $360.00 | $6,880.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -22.32 | 426.56 |
| Medicare | -5.22 | 99.76 |
| Pennsylvania State Income | -11.05 | 211.24 |
| Pennsylvania State UI | -0.25 | 4.82 |
| Phila R Local Income | -13.45 | 257.31 |
| Net Pay | $307.71 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 12.00 | 304.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 307.71 |

Important Notes

Basis of pay: Daily

Your federal taxable wages this period are $360.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 07/31/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 307.71 |

THIS IS NOT A CHECK

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29 66563 | 01/ | 9645563 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

Period Starting: 07/31/2026
Period Ending: 08/13/2026
Pay Date: 08/14/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Tax Override:
Federal: 0.00 Addnl
State:
Local:
Social Security Number: XXX-XX-XXXX

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 12.00 | 360.00 | 7240.00 |
| Gross Pay | | | $360.00 | $7,240.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -22.32 | 448.88 |
| Medicare | -5.22 | 104.98 |
| Pennsylvania State Income | -11.05 | 222.29 |
| Pennsylvania State UI | -0.25 | 5.07 |
| Phila R Local Income | -13.45 | 270.76 |
| Net Pay | $307.71 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 12.00 | 316.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 307.71 |

Important Notes

Basis of pay: Daily

Your federal taxable wages this period are $360.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 08/14/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 307.71 |

THIS IS NOT A CHECK

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143