| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KM / 2CO 29166563 | 01/ | 9425315 | 1 of 1 |

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

# Earnings Statement

Period Starting: 05/22/2026
Period Ending: 06/04/2026
Pay Date: 06/05/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 20.00 | 440.00 | 5280.00 |
| Gross Pay | | | $440.00 | $5,280.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -27.28 | 327.36 |
| Medicare | -6.38 | 76.56 |
| Pennsylvania State Income | -13.51 | 162.12 |
| Pennsylvania State UI | -0.31 | 3.70 |
| Phila R Local Income | -16.46 | 197.52 |
| Net Pay | $376.06 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 20.00 | 240.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3293 | XXXXXXXXX | 376.06 |

Important Notes

Basis of pay: Daily

Your federal taxable wages this period are $440.00

The Malcolm Jenkins Foundation
1720 W 3rd Street
Piscataway, NJ 08854

Pay Date: 06/05/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3293 | XXXXXXXXX | 376.06 |

THIS IS NOT A CHECK

Duanda Dixon
6029 Catherine Streeet
Unit A
PHILADELPHIA, PA 19143