**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | DUANDA DIXON | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 26-13311 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to November 13, 2026 at 12:45 P.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 9/22/26

BY: /Zachary Perlick/_
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MARY F. KENNEDY
Law Offices of Gregory Javardian
1310 Industrial Blvd.
Ste. 101
Southhampton, PA 18966
mary@javardianlaw.com
Creditor

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ____1st Class Mail __Certified Mail ______e-mail:______ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail ______e-mail:______ Other:

Duanda M. Dixon
6029 Catharine Street
Philadelphia, PA 19143
Debtor

Via: ___CM/ECF X__1st Class Mail __Certified Mail ______e-mail:______ Other:

All creditors on the attached list

Via: ___CM/ECF X__1st Class Mail __Certified Mail ______e-mail:______ Other:

| | |
|---|---|
| **Aidvantage on behalf of**<br>Dept. of Ed Services<br>POB 300001<br>Greenville, TX 75403-3001 | (15172564)<br>(cr) |
| **Aimee L. Boettcher Harmon, Esquire**<br>12800 Townsend Road<br>Philadelphia, PA 19154 | (15172565)<br>(cr) |
| **American Express**<br>P.O. Box 981537<br>El Paso, TX 79998 | (15172566)<br>(cr) |
| **American Express**<br>P.O. Box 981540<br>El Paso, TX 79998 | (15172567)<br>(cr) |
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (15179247)<br>(cr) |
| **Bank of America**<br>POB 982284<br>El Paso, TX 79998-2238 | (15172569)<br>(cr) |
| **Bank of America**<br>POB 15019<br>Wilmington, DE 19886-5019 | (15172568)<br>(cr) |
| **Capital One Bank, N.A.**<br>P.O. Box 31293<br>Salt Lake City, UT 84131 | (15172570)<br>(cr) |
| **Citizens Bank**<br>c/o InDebted USA, Inc.<br>POB 1201<br>Farmington, MO 63640 | (15172572)<br>(cr) |
| **Citizens Bank**<br>Attn, Customer Service<br>POB 6260<br>Glen Allen, VA 23058-6260 | (15172571)<br>(cr) |
| **Citizens Bank, N.A.**<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | (15174974)<br>(cr) |
| **Citizens Bank, N.A.** | (15175692) |

| | |
|---|---|
| C/O Mary F. Kennedy, Esquire<br>1310 Industrial Boulevard<br>1st Floor, Suite 101<br>Southampton, PA 18966 | (ntcapr) |
| **City of Philadelphia**<br>Parking Violations Branch<br>PO Box 41819<br>Philadelphia, PA 19101 | (15172573)<br>(cr) |
| **Credit Collection Services**<br>PO Box 607<br>Norwood, MA 02062 | (15172574)<br>(cr) |
| **Discover Card**<br>POB 30939<br>Salt Lake City, UT 84130 | (15172575)<br>(cr) |
| **Elan Financial**<br>POB 790084<br>Saint Louis, MO 63179-0084 | (15172576)<br>(cr) |
| **Elan Financial/Mid Penn bank**<br>POB 108<br>Saint Louis, MO 63166 | (15172577)<br>(cr) |
| **Elizabeth River Tunnels**<br>Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062 | (15172578)<br>(cr) |
| **Erin R. Grady, Esquire**<br>2005 Market Street<br>Floor 16<br>Philadelphia, PA 19103 | (15172579)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15172580)<br>(cr) |
| **Jefferson Health**<br>POB 785992<br>Philadelphia, PA 19178-5992 | (15172581)<br>(cr) |
| **Mercantile Adjustment Bureau**<br>165 Lawrence Bell Drive, Suite 100<br>Buffalo, NY 14221 | (15172582)<br>(cr) |
| **National Service Bureau** | (15172583) |

| | |
|---|---|
| POB 747<br>Bothell, WA 98041-0747 | (cr) |
| **Pennsylvania Housing FInance Agency**<br>211 N. Front Street<br>POB 15206<br>Harrisburg, PA 17105-5057 | (15172584)<br>(cr) |
| **PENNSYLVANIA HOUSING FINANCE AGENCY**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15176875)<br>(ntcapr) |
| **Philadelphia Federal Credit Union**<br>12800 Townsend Rd<br>Philadelphia, PA 19154 | (15172585)<br>(cr) |
| **Radius Global Solutions LLC**<br>7831 Glenroy Road<br>Suite 250A<br>Minneapolis, MN 55439 | (15172586)<br>(cr) |
| **T-Mobile**<br>Credit Collection<br>3300 Rider Trail S, Suite 500<br>Earth City, MO 63045 | (15172587)<br>(cr) |
| **T-Mobile**<br>PO Box 742596<br>Cincinnati, OH 45274 | (15172588)<br>(cr) |
| **T-Mobile USA, Inc**<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | (15185744)<br>(cr) |
| **U.S. Bank NA dba Elan Financial Services**<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (15177777)<br>(cr) |
| **U.S. Department of Housing and Urban Development**<br>801 Market Street, 12th Floor<br>Philadelphia, PA 19107 | (15173932)<br>(cr) |
| **Univest Bank**<br>Cardmember Service<br>POB 790408<br>Saint Louis, MO 63179-0408 | (15172589)<br>(cr) |

| | |
|---|---|
| **US Bank,NA**<br>d/b/a Elan Financial Services<br>900 Northbrook Drive, Suite 102<br>Feasterville Trevose, PA 19053 | (15172590)<br>(cr) |
| **Wills Eye Ophthalmology Clinic**<br>POB 827272<br>Philadelphia, PA 19182 | (15172591)<br>(cr) |