**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **DUANDA DIXON** | : **Bankruptcy No. 26-13311** |
| | | : |
| | | : |
| | **DEBTOR** | : **Chapter 13** |

**CERTIFICATION OF SERVICE**

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 9/25/26

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
MARY F. KENNEDY
Law Offices of Gregory Javardian
1310 Industrial Blvd.
Ste. 101
Southhampton, PA 18966
mary@javardianlaw.com
Creditor
Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-620-2132
msoboleski@kmllawgroup.com
Creditor
Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Duanda M. Dixon
6029 Catharine Street
Philadelphia, PA 19143
Debtor

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ Other:

| | |
|---|---|
| **Aidvantage on behalf of**<br>Dept. of Ed Services<br>POB 300001<br>Greenville, TX 75403-3001 | (15172564)<br>(cr) |
| **Aimee L. Boettcher Harmon, Esquire**<br>12800 Townsend Road<br>Philadelphia, PA 19154 | (15172565)<br>(cr) |
| **American Express**<br>P.O. Box 981537<br>El Paso, TX 79998 | (15172566)<br>(cr) |
| **American Express**<br>P.O. Box 981540<br>El Paso, TX 79998 | (15172567)<br>(cr) |
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (15179247)<br>(cr) |
| **Bank of America**<br>POB 982284<br>El Paso, TX 79998-2238 | (15172569)<br>(cr) |
| **Bank of America**<br>POB 15019<br>Wilmington, DE 19886-5019 | (15172568)<br>(cr) |
| **Capital One Bank, N.A.**<br>P.O. Box 31293<br>Salt Lake City, UT 84131 | (15172570)<br>(cr) |
| **Citizens Bank**<br>c/o InDebted USA, Inc.<br>POB 1201<br>Farmington, MO 63640 | (15172572)<br>(cr) |
| **Citizens Bank**<br>Attn, Customer Service<br>POB 6260<br>Glen Allen, VA 23058-6260 | (15172571)<br>(cr) |
| **Citizens Bank, N.A.**<br>10561 Telegraph Road<br>Glen Allen, VA 23059 | (15174974)<br>(cr) |
| **Citizens Bank, N.A.** | (15175692) |

| | |
|---|---|
| C/O Mary F. Kennedy, Esquire<br>1310 Industrial Boulevard<br>1st Floor, Suite 101<br>Southampton, PA 18966 | (ntcapr) |
| **City of Philadelphia**<br>Parking Violations Branch<br>PO Box 41819<br>Philadelphia, PA 19101 | (15172573)<br>(cr) |
| **Credit Collection Services**<br>PO Box 607<br>Norwood, MA 02062 | (15172574)<br>(cr) |
| **Discover Card**<br>POB 30939<br>Salt Lake City, UT 84130 | (15172575)<br>(cr) |
| **Elan Financial**<br>POB 790084<br>Saint Louis, MO 63179-0084 | (15172576)<br>(cr) |
| **Elan Financial/Mid Penn bank**<br>POB 108<br>Saint Louis, MO 63166 | (15172577)<br>(cr) |
| **Elizabeth River Tunnels**<br>Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062 | (15172578)<br>(cr) |
| **Erin R. Grady, Esquire**<br>2005 Market Street<br>Floor 16<br>Philadelphia, PA 19103 | (15172579)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15172580)<br>(cr) |
| **Jefferson Health**<br>POB 785992<br>Philadelphia, PA 19178-5992 | (15172581)<br>(cr) |
| **Mercantile Adjustment Bureau**<br>165 Lawrence Bell Drive, Suite 100<br>Buffalo, NY 14221 | (15172582)<br>(cr) |
| | (15172583) |

| | |
|---|---|
| **National Service Bureau**<br>POB 747<br>Bothell, WA 98041-0747 | (cr) |
| **Pennsylvania Housing Finance Agency**<br>211 N. Front Street<br>POB 15206<br>Harrisburg, PA 17105-5057 | (15172584)<br>(cr) |
| **PENNSYLVANIA HOUSING FINANCE AGENCY**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15176875)<br>(ntcapr) |
| **PHFA**<br>211 North Front Street<br>Harrisburg, PA 17101 | (15190067)<br>(cr) |
| **Philadelphia Federal Credit Union**<br>12800 Townsend Rd<br>Philadelphia, PA 19154 | (15172585)<br>(cr) |
| **Radius Global Solutions LLC**<br>7831 Glenroy Road<br>Suite 250A<br>Minneapolis, MN 55439 | (15172586)<br>(cr) |
| **T-Mobile**<br>PO Box 742596<br>Cincinnati, OH 45274 | (15172588)<br>(cr) |
| **T-Mobile**<br>Credit Collection<br>3300 Rider Trail S, Suite 500<br>Earth City, MO 63045 | (15172587)<br>(cr) |
| **T-Mobile USA, Inc**<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | (15185744)<br>(cr) |
| **U.S. Bank NA dba Elan Financial Services**<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (15177777)<br>(cr) |
| **U.S. Department of Housing and Urban Development**<br>801 Market Street, 12th Floor<br>Philadelphia, PA 19107 | (15173932)<br>(cr) |

**Univest Bank**
Cardmember Service (15172589)
POB 790408 (cr)
Saint Louis, MO 63179-0408

**US Bank,NA**
d/b/a Elan Financial Services (15172590)
900 Northbrook Drive, Suite 102 (cr)
Feasterville Trevose, PA 19053

**Wills Eye Ophthalmology Clinic**
POB 827272
Philadelphia, PA 19182